# IN THE COURT OF APPEALS OF TENNESSEE
## MIDDLE SECTION AT NASHVILLE

| | | |
|---|---|---|
| AMANDA LINN CASHION, | ) | |
| | ) | **FILED**<br><br>April 11, 1997<br><br>Cecil W. Crowson<br>Appellate Court Clerk |
| Plaintiff/Appellant, | ) | |
| | ) | |
| | ) | |
| VS. | ) | |
| | ) | Davidson Chancery |
| | ) | No. 94-3739-II |
| EVELYN C. ROBERTSON, JR., in | ) | |
| his capacity as Commissioner, | ) | Appeal No. |
| Tennessee Dept. of Mental Health | ) | 01A01-9506-CH-00257 |
| and Mental Retardation, and | ) | |
| DON G. HOLT, in his capacity as | ) | |
| Commissioner, Tennessee Dept. of | ) | |
| Personnel, | ) | |
| | ) | |
| Defendants/Appellees. | ) | |

## ORDER
## DENYING PETITION FOR REHEARING

Amanda Linn Cashion has filed a petition for rehearing pursuant to Tenn. R. App. P. 39 asserting that this court misapprehended the facts and controlling issues of law in this case. The petition is respectfully denied.

ENTER, this _____ day of April, 1997.

_____
HENRY F. TODD, P.J., M.S.


_____
BEN H. CANTRELL, JUDGE


_____
WILLIAM C. KOCH, JR., JUDGE